

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2014

No. 04-14-00050-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11075
Honorable Dick Alcala, Judge Presiding

# O R D E R

The reporter's record was due to be filed on February 18, 2014. *See* TEX. R. APP. P. 35.2(b). On the due date, court reporter Bob L. Hogan filed a notice of late record and requested a sixty-day extension of time to file the reporter's record.

On February 19, 2014, we abated this appeal and suspended the appellate deadlines. The request for extension of time is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court